12-14-00217-CV

IN THE SUPREME COURT OF TEXAS
-- -- -- --

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 2 6 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

NO. 15-0105

BARBARA GAIL HARRIS
v.
HAYDEN R. MAYFIELD,
INDEPENDENT EXECUTOR OF THE
ESTATE OF HAYDEN R. MAYFIELD,
DECEASED, AND TRUSTEE UNDER
THE WILL OF HAYDEN R.
MAYFIELD

§
§
§
§
§
§

Gregg County,

12th District.

**April 10, 2015**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

**May 22, 2015**

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, BARBARA GAIL HARRIS, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 26th day of May, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk